# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DISH NETWORK LLC, et al.**                                                   **PLAINTIFFS**

v.                  **CASE NO. 4:19-CV-00149 BSM**

**HICKS, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September 2019.

                                                       _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE